Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60164.**—American Overocean Corporation and W. J. Byrnes & Co. *v.* United States, protest 656433–G (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60165.**—W. X. Huber Co. *v.* United States, protests 661635–G, etc. (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60166.**—W. X. Huber Co. *v.* United States, protests 747911–G, etc. (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60167.**—W. X. Huber Co. *v.* United States, protests 747925–G, etc. (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60168.**—W. X. Huber Co. *v.* United States, protests 747944–G, etc. (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.